# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

| | |
|---|---|
| BRUCE J. CHASAN, ESQ., | : No. 10 EM 2021 |
| Petitioner | : |
| v. | : |
| WILLIAM H. PLATT, RETIRED SUPERIOR COURT JUDGE, SUSAN PEIKES GANTMAN, SUPERIOR COURT JUDGE MARIA MCLAUGHLIN, SUPERIOR COURT JUDGE, | : |
| Respondents | : |

## ORDER

**PER CURIAM**

 **AND NOW**, this 26th day of May, 2021, the Application for Leave to File Original Process is GRANTED, and the "Petition for Writ of Prohibition and/or Mandamus" is DENIED.  The Prothonotary is DIRECTED to strike the jurists' names from the caption.